

EMPLOYEE
RESOURCE | HANDBOOK

We welcome you to The American Academy of Facial Esthetics. We look forward to the opportunity to work with you and want you to know that we recognize our employees as our most valuable resource. We want you to enjoy your time here and are committed to helping you succeed.

We have prepared this handbook to answer some of the questions that you may have, concerning The American Academy of Facial Esthetics and its policies. This handbook is intended solely as a guide and we ask that you read it thoroughly. If you have any questions, contact your managers for assistance.

We hope you find your time with us to be an enjoyable and rewarding experience!

Sincerely,


*The American Academy of Facial Esthetics*

# TABLE OF CONTENTS

SECTION ONE - ...................................................................................................... 1

    Equal Employment Opportunity .......................................................................... 1

    Employment At Will .......................................................................................... 1

    Problem Resolution ............................................................................................ 2

SECTION TWO - EMPLOYMENT POLICIES ........................................................ 2

    Employee Categories .......................................................................................... 2

    Performance Management .................................................................................... 2

SECTION THREE - DAILY SCHEDULE AND TIME AWAY FROM WORK ......... 3

    Daily Schedule .................................................................................................... 3

    Days Off .............................................................................................................. 3

    Bereavement Leave ............................................................................................. 3

    Medical Leave of Absence .................................................................................. 3

    Maternity Leave of Absence ............................................................................... 4

    Military Leave of Absence .................................................................................. 4

    Workers' Compensation ...................................................................................... 4

SECTION FOUR - STANDARDS OF CONDUCT .................................................... 4

    Code of Conduct ................................................................................................. 4

    Non-Harassment Policy / Non-Discrimination Policy ......................................... 5

    Prohibited Conduct ............................................................................................. 5

    Sexual Harassment .............................................................................................. 5

    Sexual Favoritism ............................................................................................... 6

    Individuals Covered Under This Policy ............................................................... 6

    Employee Responsibilities And Complaint Procedure ........................................ 6

    Protection Against Retaliation ............................................................................ 7

    False Accusations ............................................................................................... 7

    Investigation And Cooperation ........................................................................... 7

    Responsive Action .............................................................................................. 7

    Workplace Violence Prevention .......................................................................... 8

    Drug and Alcohol Use ......................................................................................... 8

    Smoking .............................................................................................................. 9

    Dress and Grooming Standards ........................................................................... 9

    Non-Disclosure ................................................................................................ 10

    Personal and Company Owned Communication Devices and Technology ......... 10

Social Media Policy ........................................................................................................................ 11

Inspections ..................................................................................................................................... 11

No Solicitation / No Distribution .................................................................................................. 11

Conflict of Interest and Business Ethics ....................................................................................... 11

References ...................................................................................................................................... 12

ACKNOWLEDGMENT FORM .................................................................................................... 13

## SECTION ONE - INTRODUCTION

### Equal Employment Opportunity

American Academy of Facial Esthetics (AAFE or the Company) is an equal opportunity employer and does not unlawfully discriminate against employees or applicants for employment on the basis of an individual's race, creed, gender, sexual orientation, gender identity, sex, color, religion, national origin, age, disability, genetic information, marital status, veteran status or any other status protected by applicable law. This policy applies to all terms, conditions and privileges of employment, including recruitment, hiring, placement, compensation, promotion, discipline and termination.

AAFE is committed to complying with all applicable provisions of the Americans with Disabilities Act (ADA). It is our policy not to discriminate against any qualified employee or applicant with regard to any terms or conditions of employment because of such individual's disability. Consistent with this policy of non-discrimination, the Company will provide reasonable accommodations to a qualified individual with a disability, as defined in the ADA, who has made the Company aware of his or her disability, provided such accommodation does not constitute an undue hardship to the Company. Any employee who believes he or she needs a reasonable accommodation should notify the Human Resources Manager.

Any employee or job applicant who has questions regarding this policy or believes that he or she has been discriminated against should notify their manager or the Human Resources Manager.

### Employment At Will

All employees employed by AAFE are "employees-at-will." This means that your employment may be terminated for any reason, with or without cause or notice, at any time, by you or the Company. Nothing in this Employee Handbook or in any oral or written statement shall limit the right to terminate employment at will. Only the President of the Company shall have any authority to enter into an employment agreement with any employee providing for employment other than at-will and any such agreement must be in writing. This policy of at-will employment is the sole and entire agreement between you and AAFE as to the duration of employment and the circumstances under which your employment may be terminated.

With the exception of employment at will, terms and conditions of employment with AAFE may be modified at the sole discretion of the Company, with or without cause or notice, at any time. No implied contract concerning any employment-related decision or term or condition of employment can be established by any other statement, conduct, policy, or practice.

This handbook states only general company guidelines. AAFE may, at any time, in its sole discretion, modify or vary from anything stated in this handbook, with or without notice, except for the rights of the parties to terminate employment at will.

This handbook supersedes and replaces any and all personnel policies and manuals previously distributed or made available to employees.

DocuSign Envelope ID: F26BD091-DC4C-4C85-941F-7EA69D56481D

**Problem Resolution**

AAFE is committed to providing the best possible working conditions for its employees. Part of this commitment is encouraging an open and frank atmosphere in which any problem, complaint, suggestion or question receives a timely response from your supervisors and management. AAFE is striving to make the best program we can and will take all positive suggestions into consideration to implement them into our program/office operations. No employee will be penalized, formally or informally, for voicing a complaint with AAFE in a reasonable, business-like manner.

## SECTION TWO - EMPLOYMENT POLICIES

**Employee Categories**

All employees are designated as either nonexempt or exempt under state and federal wage and hour laws. The following is intended to help employees understand employment classifications and employees' employment status and benefit eligibility. These classifications do not guarantee employment for any specified period of time. The right to terminate the employment-at-will relationship at any time is retained by both the employee and AAFE.

Each employee is designated as either NON-EXEMPT or EXEMPT from federal and state wage and hour laws. NON-EXEMPT employees are entitled to overtime pay under the specific provisions of federal and state laws. EXEMPT employees are excluded from specific provisions of federal and state wage and hour laws. An employee's EXEMPT or NON-EXEMPT classification may be changed only upon written notification by AAFE management based on the Fair Labor Standards Act guidelines and state laws only.

In addition to the above categories, each employee will belong to one of the following employment categories:

Regular Full-Time: These are employees who are not in a temporary or probationary status and who are regularly scheduled to work the organization's full-time schedule (35 hours or more per week).

Regular Part-Time: A part-time employee is an individual who is hired for an indefinite period, but who regularly works less than 35 hours per week.

Short Term Employee: A "short term employee" shall mean an individual whose employment is limited in duration and is hired for a specific short-term project, or on a short-term freelance, per diem or temporary basis. Short-term employees are not eligible for Company benefits.

**Performance Management**

Managers at AAFE provide feedback to their employees on a regular basis, not just at an annual performance review. However, annual performance reviews are a good time to discuss what went well in the prior year and what needs to improve in the months ahead. AAFE attempts to provide employees with notice of deficiencies and an opportunity to improve, but this is not always warranted, nor should it be expected.

DocuSign Envelope ID: F26BD091-DC4C-4C85-941E-7EA69D56481D

When an employee engages in misconduct or violates a Company policy, various forms of corrective action may occur including oral warnings, written warnings, probation, suspension, demotion, discharge, or some other disciplinary action, in no particular order. The course of action will be determined by the Company at its sole discretion as it deems appropriate.

## SECTION THREE - DAILY SCHEDULE AND TIME AWAY FROM WORK

### Daily Schedule

Our work day hours are 9 am to 5 pm. Our work week is Monday through Friday. Timeliness is an essential part of the success of your job. The Company at its discretion may assign work from home days on different occasions. At all other times, employees are expected to be in the office any day which they are working.

### Days Off

Our general policy regarding days off is every full time employee is entitled to 12 vacation days, 5 sick days and 2 personal days annually. In addition, we are closed for the following holidays: New Year's Day, Memorial Day, Independence Day, Labor Day, Thanksgiving, and Christmas. All personal appointments must be scheduled out of work time. Appointments may be scheduled in early morning as long as you are here by 10 am, or they can be scheduled after 4 pm.

### Bereavement Leave

Employees who wish to take time off due to the death of an immediate family member should notify their supervisor. Up to 3 days paid bereavement leave will be provided to regular, full- time employees.

For purposes of this policy only, AAFE defines "immediate family" as the employee's spouse, domestic partner, parent, child, sibling; the employee's spouse's parent, child or sibling; the employee's child's spouse; grandparents or grandchildren.

### Medical Leave of Absence

A Medical Leave of Absence is an unpaid absence for a specified period of time. To be eligible, an employee must submit with his or her request with a doctor's statement that the employee is unable to work, the length of time the employee is expected to be unable to work, and the date the employee can be expected to return to work. Requests must be made at least 30 days in advance, except in emergency cases where such notice may not be possible. If an employee is unable to provide 30 days' notice because an emergency exists, the employee is required to notify Human Resources and provide the necessary information as soon as possible.

Before returning to work, the employee must submit to Human Resources a release from the attending doctor stating that they are able to return to work.

**Maternity Leave of Absence**

An employee who gives birth to a child will be given twelve (12) weeks of unpaid maternity leave. If the employee needs additional leave in connection with a medical condition associated with her pregnancy, she should speak to Human Resources. Documentation of same may be required.

**Military Leave of Absence**

AAFE complies with all government regulations regarding Military Leave, including Reserve and National Guard training. If an employee needs leave related to military service or has a question regarding this type of leave request, please see Human Resources.

**Workers' Compensation**

As required by law, the Company provides workers' compensation benefits for the protection of employees with work-related injuries or illnesses. Workers' compensation insurance provides coverage to employees who receive job-related injuries or illnesses. If an employee is injured or becomes ill as a result of his/her job, it is the employee's responsibility to immediately notify a supervisor of their injury in order to receive benefits. Report every injury or illness to a supervisor, regardless of severity. Additional information regarding workers' compensation is available from Human Resources.

## SECTION FOUR - STANDARDS OF CONDUCT

**Code of Conduct**

We will treat each other fairly by:

- Treating all with mutual respect

- Following rules and guidelines

We will work well together by:

- Being reliable team members

- Effectively carrying out our duties

- Listening to others and using proper language

- Respecting the differences individuals can bring to a team

- Making decisions based on merit that are fair, consistent, and impartial

- Dealing with any problems quickly and effectively

4

DocuSign Envelope ID: F26BD091-DC4C-4C85-941E-7EA69D5C481D

**Non-Harassment Policy / Non-Discrimination Policy**

The Company believes in respecting the dignity of every employee and expects every employee to show respect for all co-workers, members, and guests. This policy forbids discrimination or harassment that is based on an individual's race, color, religion, gender, sexual orientation, gender identity, national origin, age, disability, genetic information, veteran status, or any other protected status of an employee or that employee's associates or relatives. It is the policy of the Company to maintain a work environment free from all forms of unlawful discrimination and harassment.

## Prohibited Conduct

The conduct prohibited by this policy, whether verbal, physical, or visual, includes any discriminatory employment action or harassment that targets or affects someone because of that individual's protected status. Among the types of unwelcome conduct prohibited by this policy are comments, epithets, slurs, jokes, negative stereotyping, intimidating acts, and the circulation or posting of written or graphic materials that show hostility toward individuals because of their protected status. The Company prohibits that conduct even if it is not sufficiently severe or pervasive to constitute unlawful harassment.

Employees should keep in mind that it is possible to violate this policy even when you are off the Company's premises and outside of work hours. Moreover, electronic communications with co-workers, even if conducted on your personal equipment, may violate this policy.

## Sexual Harassment

Sexual harassment is a problem that deserves special mention. Harassing conduct based on gender often is sexual in nature, but sometimes is not. This policy forbids harassment based on gender regardless of whether the offensive conduct is sexual in nature. Any unwelcome conduct based on gender is also forbidden by this policy regardless of whether the individual engaged in harassment and the individual being harassed are of the same or are of different genders.

Unwelcome sexual advances, requests for sexual favors and other verbal or physical conduct based on sex constitute unlawful sexual harassment when:

1. Submission to or rejection of this conduct is used as the basis for any employment decision.

2. Submission to such conduct becomes an implicit or explicit term or condition of employment.

3. The conduct has the purpose or effect of interfering with an individual's work performance or creating an intimidating, hostile or offensive working environment.

Other harassing conduct in the workplace, whether committed by supervisory or non-supervisory personnel is also prohibited. This behavior includes, but is not limited to, offensive sexual flirtations, sexually degrading or vulgar words, unwelcome touching or physical contact, whistling, unwelcome sexual compliments, innuendos, suggestions or jokes, the display of suggestive objects or pictures, the use of offensive gestures or body motions, and any other unwelcome sexual conduct.

5

This behavior is unacceptable in the workplace and in other settings such as business trips and business-related social events, as well as through electronic communications regardless of location or time of day.

## Sexual Favoritism

This policy also forbids sexual favoritism in the making of any employment decision. Sexual favoritism occurs whenever a supervisor or manager makes a decision based upon an employee's receptiveness to sexual advances. The Company prohibits that conduct even if it is isolated in nature and not sufficiently widespread to create an issue of unlawful conduct.

In order to avoid the possibility of sexual favoritism, or the appearance or suspicion of it, romantic relationships between someone in a management position and an employee who reports to him or her (directly or indirectly) are prohibited. If such a relationship develops, both parties to the relationship must discuss it with Human Resources to determine which employee will change positions or resign. In addition, AAFE may request one or both individuals to execute documentation confirming that the relationship is consensual, knowledge of AAFE's harassment policies, and knowledge of the available complaint procedure should the relationship become non-consensual.

Romantic relationships between an employee of AAFE and a guest or member could also become problematic. Therefore, these relationships are strongly discouraged.

## Individuals Covered Under This Policy

This policy forbids any employee, supervisor, member, guest, or vendor of the Company to harass any Company employee or applicant or any person who provides services to the Company. The Company will not tolerate, condone or allow sexual harassment, or other unlawful discrimination or harassment whether engaged in by employees of the Company or by outside individuals or other non-employees who conduct business with the Company.

## Employee Responsibilities And Complaint Procedure

Everyone at the Company is responsible to help keep our workplace free from prohibited discrimination or harassment. Conduct or behavior inconsistent with this policy should be reported immediately. The Company requests the reporting of all incidents that could reasonably be interpreted as violating this policy regardless of who the offender may be. Anyone who has observed such behavior should also report it, even if the person who observes the behavior or overhears the remark is not the target of it.

Any person who believes the Company's policy has been violated, whether as to themselves or another individual, should report it to his or her Supervisor, another manager, or Human Resources personnel at HR@facialesthetics.org as soon as possible. The Company encourages all individuals to report suspected violations of this policy as close to the date of the alleged occurrence as possible so that the Company can respond to the complaint in a prompt and adequate manner. Regardless of when the alleged harassment or unlawful discrimination occurs, the Company will investigate all reported violations of this policy. The Company wishes to prevent employee discomfort and

6

has designated several persons to whom complaints may be made in order to allow an individual to choose someone with whom they are comfortable discussing sensitive matters.

## Protection Against Retaliation

Retaliation against an individual who has reported or complained of harassment or discrimination, or who assists another person in making a report, or who cooperates in the investigation of a claim of harassment or discrimination is prohibited.   A person who retaliates is subject to disciplinary action.  All employees who experience or witness any conduct they believe to be retaliatory should immediately follow the reporting procedures stated above.

## False Accusations

Knowingly making a false report of harassment or discrimination is also a violation of this policy. This is not meant to discourage individuals from making good faith reports.  Employees should not be reluctant to report information because they are uncertain of who will be believed and whether the allegation can be proven.   The Company recognizes that possible outcomes of investigations include: (1) that a violation occurred; (2) that no violation occurred; or (3) that the Company cannot conclude whether a violation occurred.  If a complaint is made in good faith, but the Company cannot determine whether a violation occurred, this does not mean that a complaint or report is a false accusation.

## Investigation And Cooperation

Covered individuals are required to cooperate in the investigation of any complaint made pursuant to this policy.  Confidentiality will be maintained throughout the investigation to the extent practical and appropriate under the circumstances.  Based upon the facts and circumstances determined at the conclusion of the investigation, appropriate responsive action will be taken.

## Responsive Action

Responsive action may include, for example, training, referral to counseling and/or disciplinary action such as warnings, reprimand and termination of employment.  The disposition of an investigation of a complaint or report made pursuant to this policy will be communicated in an appropriate manner.  After an investigation has been concluded, there will be follow-up to confirm that the harassment and/or discrimination has ended and that retaliation has not occurred. Employees are encouraged to take the initiative to make follow-up reports if harassment, discrimination or retaliation occurs sooner than or subsequent to the company-initiated follow-up.

This policy is intended to prevent situations from arising that may lead to allegations of harassment or unlawful discrimination.  Therefore, the prohibitions of this policy may, in some instances, be broader in scope than the legal prohibitions of state, federal or other laws prohibiting discrimination or harassment.  It is possible for an individual to violate this policy without violating the law.  Everyone is expected to avoid behavior that could reasonably be interpreted as prohibited harassment, discrimination or retaliation. The principal purpose of this policy is to stop unwelcome conduct and promote a productive work environment free of discrimination and harassment.

7

## Workplace Violence Prevention

AAFE is committed to preventing workplace violence and to maintaining a safe work environment. Given the increasing violence in society in general, AAFE has adopted the following guidelines to deal with intimidation, harassment, or other threats of (or actual) violence that may occur during business hours or on its premises.

All employees, including supervisors and temporary employees, should be treated with courtesy and respect at all times. Employees are expected to refrain from fighting, "horseplay," or other conduct that may be dangerous to others. Firearms, weapons, and other dangerous or hazardous devices or substances are prohibited from the premises of AAFE. The only exception to this policy is that in the state of Ohio, employees who have their Concealed Handgun License may possess their handgun in their personal vehicle in a locked compartment in the company-owned parking lot.

Employees have a duty to warn their supervisors, security personnel, or human resources representatives of any suspicious behavior, situations or incidents that they observe or that they are aware of that involve other employees, former employees, guests, members, visitors or other parties. These situations include, for example, threats or acts of violence, aggressive behavior, offensive acts, threatening or offensive comments or remarks, or similar behavior. Do not place yourself in peril. If you see or hear a commotion or disturbance near your workstation, do not try to intercede or see what is happening.

Employee reports made pursuant to this policy will be held in confidence to the maximum possible extent. The company will not permit any form of retaliation against any employee for filing a report under this policy.

 AAFE will promptly and thoroughly investigate all reports of threats of violence or incidents of actual violence and of suspicious individuals or activities. In order to maintain workplace safety and the integrity of its investigation, the Company may suspend employees suspected of workplace violence or threats of violence, either with or without pay, pending investigation.

Anyone found to be responsible for threats of or actual violence or other conduct that is in violation of these guidelines will be subject to prompt disciplinary action up to and including termination of employment.

## Drug and Alcohol Use

It is AAFE's desire to promote a drug-free, healthy, and safe workplace. While on AAFE premises and while conducting business-related activities of AAFE, no employee may use, possess, distribute, sell, or be under the influence of alcohol and/or illegal drugs, including marijuana. Alcohol may be served at AAFE functions only with the express permission of the manager in charge of the event.

The legal use of prescribed drugs is permitted on the job only if it does not impair an employee's ability to perform the essential functions of the job effectively and in a safe manner that does not endanger other individuals in the workplace. Employees are required to notify their supervisor if they are taking any prescription drug that is likely to impair their performance.

8

In order to ensure compliance with this policy, employees may be asked to take a test for the presence of drugs or alcohol in their system. This request may occur at random intervals or when there is reasonable suspicion that this policy has been violated. A positive test, or a refusal to take the test, may result in immediate termination of employment. Employees should keep in mind that some substances will produce a positive test result for days or weeks after the substance was used, but the Company will not be able to distinguish whether the employee was under the influence at work or used the substance off duty. Violations of this policy may lead to disciplinary action, up to and including immediate termination of employment, and/or required participation in a substance abuse rehabilitation or treatment program. Such violations may also have legal consequences.

Employees with a drug or alcohol concern that has not resulted in, and is not the immediate subject of, disciplinary action may request approval to take unpaid time off to participate in a rehabilitation or treatment program. Leave may be granted if the employee agrees to abstain from use of the problem substance; abides by all AAFE policies, rules, and prohibitions relating to conduct in the workplace; and if granting leave will not cause AAFE an undue hardship. This policy of accommodation does not prevent the Company from disciplining employees for on the job conduct that violates this substance abuse policy.

**Smoking**

AAFE is compliant with the Clean Air Act and has designated the workplace as a non-smoking area in order to provide a safe and healthy work environment. Smoking is not permitted within the building. This includes "Vaping" or using e-cigarettes. This policy applies equally to all employees and visitors. In compliance with state law, smoking is also prohibited on all paths into and out of the building. No one entering or exiting the building should be exposed to second-hand smoke, nor should the smoke enter the building through any open window or door.

**Dress and Grooming Standards**

It is the policy of AAFE to present a professional image to the clients we serve. The professional, conservative business image we want to present to our clients dictates that male employees wear a business suit, sport coat, or sweater and slacks, dress shirt, and dress shoes. Appropriate attire for women includes business suits, dresses, pant suits, and dress shoes. Short skirts that fall above the knee, tight fitting clothes, and low cut blouses are not acceptable attire.

In addition to a proper dress, employees are expected to present a clean, neat and business like appearance.

Any employee who needs a medical or religious accommodation to AAFE's dress and grooming standards should contact their manager.

9

## Non-Disclosure

The protection of confidential information is vital to the interests and success of AAFE. "Confidential information" means all information, not generally known, belonging to, or otherwise relating to the business of AAFE or its members, guests, vendors, affiliates or partners, regardless of the media or manner in which it is stored or conveyed, that AAFE has taken reasonable steps to protect from unauthorized use or disclosure. Such confidential information includes, but is not limited to, the following examples:

- compensation data

- financial information

- new materials research

- pending projects and proposals

- proprietary training processes

- research and development strategies

- technological data

- training prototypes

Employees who improperly use or disclose trade secrets or confidential business information will be subject to disciplinary action, up to and including termination of employment, even if they do not actually benefit from the disclosed information. They also may be subject to criminal and civil liability.

## Personal and Company Owned Communication Devices and Technology

All computers and systems provided by AAFE as well as all data they contain or generate are completely confidential, are not to be shared, and remain the property of AAFE. AAFE reserves the right to access, monitor, search, copy, retrieve, analyze or otherwise use the data contained in or generated by these computers and systems.

Some employees have legitimate business reasons for connecting a personally-owned mobile device to the Company's corporate network. This technology policy equally applies to all personal devices used for work purposes. Any employee who uses a personal device for work purposes consents to allowing AAFE to access, monitor, search, copy, retrieve, analyze or otherwise use the AAFE data or information on that device.

The overriding goal of this policy is to protect the integrity of the confidential data that resides within the Company's technology infrastructure. This policy intends to prevent this data from being deliberately or inadvertently stored insecurely on any device or carried over an insecure network where it could potentially be accessed by unsanctioned resources. A breach of this type could result in loss of information, damage to critical applications, loss of revenue, and damage to

the Company's public image. Therefore, all users employing a mobile device connected to the Company's corporate network, and/or capable of backing up, storing, or otherwise accessing corporate data of any type, must do so with the utmost care and take all necessary actions to protect the data resident on or passing through the device.

## Social Media Policy

Social media posts by employees should not reveal any confidential or trade secret Company information. Any information that cannot be disclosed through a conversation, a note or an e-mail also cannot be disclosed in a blog, web page, or social networking post. You should not post content about the Company, management, co-workers, members or guests that is discriminatory, defamatory, libelous or threatening or a violation of the Company's policies against discrimination or harassment. Unless you have specifically been designated as a Company spokesperson, you may not post or comment on behalf of the Company in any forum.

## Inspections

AAFE wishes to maintain a safe work environment. To this end, AAFE may require employees while on Company property, to agree to the inspection of their personal possessions and property, personal vehicles parked on Company property, and work areas including lockers, desks, cabinets, work stations, packages, handbags, backpacks and other personal possessions or places of concealment, as well as email sent to the Company email address. The cooperation of all employees is required to successfully administer this policy. Desks, lockers, and other storage devices may be provided for the conveniences of employees but remain the sole property of the employer. Accordingly, any authorized agent or representative of the employer can inspect them, as well as any articles found within them, at any time, either with or without prior notice. Employees are expected to cooperate in the conduct of any search or inspection and should have no expectation of privacy with respect to anything brought onto company premises.

## No Solicitation / No Distribution

Employees may not solicit for any cause, or distribute literature of any kind (for themselves or another employee) for any purpose during working time.

Non-employees are not permitted to solicit employees or distribute materials for any purpose on Company property at any time.

## Conflict of Interest and Business Ethics

The purpose of this policy is to ensure that the Company's reputation is not compromised. The fundamental principle guiding this policy is that no employee should have, or appear to have, personal interests or relationships that actually or potentially conflict with the best interests of the Company.

Employees have an obligation to conduct business within guidelines that prohibit actual or potential conflicts of interest. Employees can seek further clarification on issues related to the subject of acceptable standards of operation. Situations that would constitute a conflict in most cases include but are not limited to:

- ◆ Bribes, bonuses, fringe benefits, unusual price breaks or excess volumes designed to benefit another company, an employee, relative or acquaintance.

- ◆ Holding an interest in, or being employed by, any company that competes with AAFE.

No "presumption of guilt" is created by the mere existence of a relationship with outside organizations. However, if an employee has any influence on financial transactions, it is imperative that he/she disclose to Human Resources as soon as possible the existence of any actual or potential conflict of interest so that safeguards can be established to protect all parties.

A conflict of interest would also exist when a member of an employee's immediate family is involved in situations such as those above. This policy is not intended to prohibit the acceptance of modest courtesies, openly given and accepted as part of the usual business amenities, for example, occasional business-related meals or promotional items of nominal or minor value. It is your responsibility to report any actual or potential conflict that may exist between you (and your immediate family) and the Company.

**References**

Any AAFE employee who is asked to serve as a reference for a former AAFE employee shall decline to do so and pass along the request to Human Resources. Human Resources shall respond to the request by providing the dates of employment and position held by the former employee.

# ACKNOWLEDGMENT FORM

The employee handbook describes important information about AAFE, and I understand that I should consult my manager or Human Resources regarding any questions not answered in the handbook. I have entered into my employment relationship with AAFE voluntarily and acknowledge there is no specified length of employment.  Accordingly, either AAFE or I can terminate the relationship at-will, with or without cause, and with or without notice, at any time.

Since the information, policies, and benefits described here are necessarily subject to change, I acknowledge that revisions to the handbook may occur, except to AAFE's policy of employment at-will. Any changes to the policy of at-will employment must be in writing and signed by both the employee and the President of the Company in order to be effective. All other changes will be communicated, and I understand revised information may supersede, modify, or eliminate existing policies in this handbook.

Furthermore, I acknowledge that nothing in this handbook is a contract of employment. I understand that it is my responsibility to read and comply with the policies contained in this handbook and any revisions made to it.

EMPLOYEE'S NAME (Printed)

Jill Charles
_____

EMPLOYEE'S SIGNATURE

DocuSigned by:

*Jill Charles*

B36BB2C6DE00418...
_____

DATE: _____1/19/2021_____

13